

**FILED**

SEP 1 8 2014

THOMAS G BRUTON
CLERK, U S DISTRICT COURT

## UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Francisco Canabal )
)
504 Claremont )
)
West Chicago, IL 60185 )
(Name of the plaintiff or plaintiffs) )
) CIVIL ACTION
)
v. ) NO. 1:14-cv-07268
) Judge Robert M. Dow, Jr
Hoffer Plastics Corp. ) Magistrate Judge Maria Valdez
)
500 N. Collins St. )
)
South Elgin, IL 60177 )
(Name of the defendant or defendants) )

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is __Francisco Canabal__ of the county of __DuPage__ in the state of __Illinois__.

3. The defendant is __Hoffer Plastics Corp.__, whose street address is __500 N. Collins St.__, (city) __South Elgin__ (county) __Kane__ (state) __IL__ (ZIP) __60177__

(Defendant's telephone number) (__847__) - __741-5740__

4. The plaintiff sought employment or was employed by the defendant at (street address) __500 N. Collins St.__ (city) __South Elgin__ (county) __Kane__ (state) __IL__ (ZIP code) __60177__

5. The plaintiff [*check one box*]

    (a) ☐ was denied employment by the defendant.

    (b) ☐ was hired and is still employed by the defendant.

    (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) January, (day) 17, (year) 2014.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

    (a) The defendant is not a federal governmental agency, and the plaintiff [check one box] ☐ has not  ☒ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

        (i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) May (day) 1 (year) 2014.

        (ii) ☐ the Illinois Department of Human Rights, on or about (month)_____ (day)_____ (year)_____.

    (b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and

    (a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐     Yes (month)_____ (day)_____ (year)_____

☐     No, did not file Complaint of Employment Discrimination

(b)    The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____.

(c)    Attached is a copy of the

     (i) Complaint of Employment Discrimination,

     ☐ YES     ☐ NO, but a copy will be filed within 14 days.

     (ii) Final Agency Decision

     ☐ YES     ☐ NO, but a copy will be filed within 14 days.

8.    *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

     (a) ☐    the United States Equal Employment Opportunity Commission has not issued a *Notice of Right to Sue.*

     (b) ☒    the United States Equal Employment Opportunity Commission has issued a *Notice of Right to Sue,* which was received by the plaintiff on (month) Aug. (day) 14 (year) 2014 a copy of which *Notice* is attached to this complaint.

9.    The defendant discriminated against the plaintiff because of the plaintiff's *[check only those that apply]*:

     (a) ☒   Age (Age Discrimination Employment Act).

     (b) ☐   Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(c) ☒ Disability (Americans with Disabilities Act or Rehabilitation Act)

(d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).

(f) ☐ Religion (Title VII of the Civil Rights Act of 1964)

(g) ☐ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

(a) ☐ failed to hire the plaintiff.

(b) ☒ terminated the plaintiff's employment.

(c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☒ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☐ failed to stop harassment;

(g) ☐ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): _retaliated against the plaintiff because of a pending Workmen's Compensation suit._

_____

_____

_____

_____

_____

13. The facts supporting the plaintiff's claim of discrimination are as follows:
 - I was injured at work 8/13 and began having difficulty scheduling surgery. This was my 2nd accident at work - 1st in 2011.
 - I contacted a lawyer, and surgery was scheduled shortly after.
 - I waited 7 weeks in pain waiting for Workcomp coordination.
 - I completed rehabilitation as scheduled.
 - Hoffer Plastics contacted me via U.S. Mail to advise me that my employment would be terminated eff 1-27-14.
 - I received a Return to Work date of 1-17-14 with limitations.
 - - I could resume Truck Driving activities; but some limit to lifting with left arm
 - Hoffer could not accommodate the exception - even though this was a short-term request
 - I believe this decision was based also on retaliation because of the Workmans Compensation action pending.

14. **[AGE DISCRIMINATION ONLY]** Defendant knowingly, intentionally, and willfully discriminated against the plaintiff.

15. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [*check only those that apply*]

 (a) ☐ Direct the defendant to hire the plaintiff.

 (b) ☐ Direct the defendant to re-employ the plaintiff.

 (c) ☐ Direct the defendant to promote the plaintiff.

 (d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

 (e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

 (f) ☐ Direct the defendant to (specify): _____

_____

_____

_____

_____

_____

(g) ☒ If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) ☒ Grant such other relief as the Court may find appropriate.

(Plaintiff's signature)
Francisco Canabal

(Plaintiff's name)
Francisco Canabal

(Plaintiff's street address)
504 Claremont

West Chicago IL 60185

(City) West Chicago (State) IL (ZIP) 60185

(Plaintiff's telephone number) (773) - 343 - 6190

Date: September 17, 2014

EEOC Form 161 (11/09)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

| | |
|---|---|
| **To:** Francisco Canabal<br>504 Claremont St.<br>West Chicago, IL 60185 | **From:** Chicago District Office<br>500 West Madison St<br>Suite 2000<br>Chicago, IL 60661 |

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 440-2014-03422 | Charles E. Kolliker,<br>Investigator | (312) 869-8026 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ]   The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ]   Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ]   The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ]   Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X]   The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ]   The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ]   Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____     8/13/14
John P. Rowe,     (Date Mailed)
District Director

Enclosures(s)

cc:   HOFFER PLASTICS CORP
c/o Joy A. Roberts
Nyhan, Bambrick, Kinzie, & Lowry
20 N. Clark Street, Suite 1000
Chicago, Illinois 60602

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>[ ] FEPA<br>[X] EEOC | Agency(ies) Charge No(s):<br>440-2014-03422 |
|---|---|---|

Illinois Department Of Human Rights _____ and EEOC
*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.)<br>**Francisco Canabal** | Home Phone (Incl. Area Code)<br>**(773) 343-6190** | Date of Birth<br>**09-03-1954** |
|---|---|---|

Street Address: 504 Claremont St., West Chicago, IL 60185

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**HOFFER PLASTICS CORP** | No. Employees, Members<br>**201 - 500** | Phone No. (Include Area Code)<br>**(847) 741-5740** |
|---|---|---|

Street Address: 500 N Collins St, South Elgin, IL 60177

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

[ ] RACE  [ ] COLOR  [ ] SEX  [ ] RELIGION  [ ] NATIONAL ORIGIN
[ ] RETALIATION  [ ] AGE  [X] DISABILITY  [ ] GENETIC INFORMATION
[ ] OTHER (Specify)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest _____ Latest **01-27-2014**
[ ] CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

I began my employment with Respondent on or about March 6, 2006. My most recent position was Truck Driver. On or about January 17, 2014, I requested a reasonable accommodation. The accommodation was not provided. On or about January 27, 2014, I was discharged.

I believe that I have been discriminated against because of my disability, in violation of the Americans with Disabilities Act of 1990, as amended.

RECEIVED
MAY 0 1 2014
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Francisco Canabal
504 Claremont
West Chicago IL 60185 )
)
**Plaintiff,** )  No. _____
)
vs.
Hoffer Plastics Corp.
500 N Collins St
South Elgin, IL 60177 )  Judge _____
)
**Defendant(s).** )

## COMPLAINT UNDER FAMILY AND MEDICAL LEAVE ACT (FMLA)

*If the pro se plaintiff has filled out a form Complaint of Employment Discrimination and wishes also to claim denial of family or medical leave, the plaintiff must staple this form Complaint to the Complaint of Employment Discrimination. DO NOT file the two form complaints separately.*

1. This is a claim for violation of the Family and Medical Leave Act of 1993, title 29 United States Code, sections 2601 *et seq.*

2. The plaintiff's full name is Francisco Canabal of the County of DuPage in the State of Illinois.

3. The name of plaintiff's employer against which this claim is made (defendant) is Hoffer Plastics Corporation, located at (*street address*) 500 N Collins,

1

(city) South Elgin (county) Kane (state) Illinois (ZIP) 60177.

4. (*If plaintiff intends to name any other party as a defendant, use the space below to insert name and address as in paragraph 3.*) Defendant is

_____.

5. The plaintiff is/was employed by the defendant named in paragraph 3 from (date) 3/6/2006 until 1/27/2014.

6. Defendant is engaged in commerce or an industry affecting commerce.

7. Defendant regularly employs at least 50 employees at or within 75 miles of plaintiff's work site. ☒ Yes ☐ No

8. On ∧ 8/12/2014 (or about), plaintiff requested family or medical leave from defendant or defendant's representative (*name and title of individual to whom request was made if known*) _____ because of

☐ the birth of a son or daughter of the plaintiff and in order to care for that infant;

☐ the placement of a son or daughter with the employee for adoption or foster care;

☐ the need to care for plaintiff's spouse, son, daughter, or parent who had a serious medical condition;

☒ the plaintiff's serious health condition that made plaintiff unable to perform the functions of the plaintiff's job.

9. On the date alleged in paragraph 8, plaintiff had been employed by the defendant for at least 1,250 hours during the previous 12-month period. ☒ Yes ☐ No

10. Defendant violated plaintiff's rights under the Family and Medical Leave Act because it denied plaintiff's request for family or medical leave on or about (*date*) 1/27/2014

2

terminated the plaintiff's employment on or about __1/27/2014__ because of plaintiff's request; to accommodate limitation to physical requirements following a Workmans Compensation incident; otherwise interfered with, restrained, or discriminated against plaintiff on or about __1-17-2014__ because of plaintiff's exercise of FMLA rights, specifically, that plaintiff could perform 75-90% of job if granted the exception for a short term period, and would have been back to work within the Medical Leave policy period.

11. Jurisdiction over the violation alleged is conferred by 29 U.S.C. § 2917(a)(2).

12. Defendant knowingly, intentionally, and willfully violated plaintiff's rights.

13. Plaintiff demands that the case be tried by a jury. ☒ Yes ☐ No


WHEREFORE, plaintiff demands the following relief:

(a) Damages under 29 U.S.C. § 2617(a)(1)(A) (i)(I) for any wages, salary, employment benefits, or other compensation denied or lost because of defendant's wrongful conduct;

(b) **Although no wages, salary, or benefits were lost,** damages under 29 U.S.C. § 2617(a)(1)(A)(i) (II) equal to the actual monetary losses sustained by plaintiff because of defendant's wrongful conduct, such as the cost of providing care, up to an amount equal to 12 weeks of wages or salary of plaintiff;

(c) Interest under 29 U.S.C. § 2617(a)(1)(A)(ii);

(d) Liquidated (double) damages under 29 U.S.C. § 2617(a)(1)(A)(iii);

(e) Such equitable relief under 29 U.S.C. § 2617(a)(1)(B) as may be appropriate,

3

including employment, reinstatement, or promotion, and

direct the defendant to (specify):

as the court sees fit

Plaintiff's signature: Francisco Canabal

Plaintiff's name (*print clearly or type*): Francisco Canabal

Mailing address: 504 Claremont

City West Chicago  State IL  ZIP 60185

Telephone number: (773) 343-6190

Email address, if any: fcanabal@ameritech.net

4