UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRANCISCO CANABAL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:14-cv-07268 |
| | ) | |
| v. | ) | Judge Robert M. Dow, Jr. |
| | ) | |
| HOFFER PLASTICS CORPORATION, | ) | Magistrate Judge Maria Valdez |
| | ) | |
| Defendant. | ) | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by their respective attorneys of record, that this matter should be dismissed with prejudice, each party to bear his or its own attorneys' fees and costs, all matters in controversy having been resolved between them.

Respectfully submitted,

Date: March 24, 2015        By: /s/Kearney W. Kilens

Kearney W. Kilens
Attorney for Defendant
Litchfield Cavo LLP
303 West Madison Street – Suite 300
Chicago, Illinois 60606

Date: March 24, 2015        By: /s/Glenn R. Gaffney

Glenn R. Gaffney
Attorney for Plaintiff
Gaffney & Gaffney P.C.
1771 Bloomingdale Road
Glendale Heights, Illinois 60139