UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Francisco Canabal

                Plaintiff,

v.                                    Case No.: 1:14–cv–07268
                                         Honorable Robert M. Dow Jr.

Hoffer Plastics Corp.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 25, 2015:

      MINUTE entry before the Honorable Robert M. Dow, Jr: On 3/24/2015, the parties filed a joint stipulation to dismiss with prejudice [see 29]. Pursuant to the joint stipulation, this action is dismissed with prejudice, each party to bear his or its own attorneys' fees and costs. All pending deadlines and hearings are stricken. Civil case terminated. Mailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.